UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PRIME HEALTHCARE SERVICES - LANDMARK, LLC : <br> Plaintiff, : <br> : <br> v.   : <br> : <br> CIGNA HEALTH AND LIFE INSURANCE, CO., : <br> Defendant. : | C.A. No. 23-00131-MSM-PAS |

**ORDER**

PATRICIA A. SULLIVAN, United States Magistrate Judge.

At the request of Plaintiff Prime Healthcare Services – Landmark, LLC ("Landmark"), the Court received informal written dispute summaries from the parties and held an informal discovery dispute conference addressing four discovery disputes. After discussion during the informal conference resulted in a solution to each of the four disputes, Landmark requested, and Defendant Cigna Health and Life Insurance Co. ("Cigna") did not object, that the Court memorialize the solutions with an Order. Based on the foregoing, the Court rules as follows:

Regarding Dispute 1, the Court orders that Landmark shall identify five claims as to which Cigna shall advise whether compensation was paid to Cigna or MultiPlan in connection with the "Out-of-Network Savings Program," and if it was, what are the actual amounts paid for each such claim and how it was calculated by reference to the previously produced exhibit. The information provided by Cigna shall be sufficient to permit Landmark to use the exhibit to calculate the actual amounts paid for other similar claims. To the extent that none of the five claims identified by Landmark resulted in the payment of such compensation, Cigna shall

identify two claims in issue where such compensation was paid and provide the foregoing information.

Regarding Dispute 2, the Court orders that Defendant shall identify the "Target Price" applicable to each of the claims identified by either party for Dispute 1.

Regarding Dispute 3, the Court orders that Defendant shall produce a list of the specific claims for which the median in-network rate was used to calculate the rate used for the claim.

Regarding Dispute 4, the Court orders that Defendant shall produce unredacted versions of the document that was shown to the Court during the discovery dispute conference, as well as unredacted versions of the other documents covered by Dispute 4.

Defendant shall comply with this Order within two weeks of its receipt of Plaintiff's identification of the five claims referenced in connection with Dispute 1.

So Ordered:


/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
June 23, 2025